UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                            :
M.S. and E.L., *individually and on behalf of* A.L., *a child*   :
*with a disability*,                                          :
                                                            :
                                  Plaintiffs,               :          26-CV-1772 (JMF)
                                                            :
              -v-                                           :          ORDER
                                                            :
NEW YORK CITY DEPARTMENT OF                                  :
EDUCATION,                                                   :
                                                            :
                                  Defendant.                :
                                                            :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's March 25, 2026 Order, ECF No. 14, Defendant was required to
file a response to the Complaint by June 25, 2026.  To date, Defendant has not filed any
response.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 6, 2026**.
Failure to file a response by that deadline may result in the entry of default judgment against
Defendant.

       SO ORDERED.

Dated:  June 26, 2026
        New York, New York                          _____
                                                          JESSE M. FURMAN
                                                      United States District Judge