**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
***Special Assistant Corporation Counsel***
Office: (212) 356-2016

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

July 6, 2026

July 6, 2026

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *M.S. et al., v. New York City Dep't of Educ.,* 26-cv-1772 (JMF)(RWL)

Dear Judge Furman:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek, *inter alia*, implementation of an underlying administrative order and attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write respectfully and on behalf of the parties pursuant to the Court's March 24, 2026 Order (ECF No. 12) to provide a joint status update, and to jointly request that the Court adjourn the briefing schedule for Plaintiffs' motion for attorneys' fees and costs until September 11, 2026.[1] Since the parties' last joint submission, Plaintiffs' substantive issue concerning meal reimbursement has been resolved. This is the first request for an adjournment. which is intended to allow time for the parties to turn to the matter of resolving attorneys' fees and costs—which takes an average of 90 days from receipt of Plaintiffs' attorney billing records (not yet provided, but which Plaintiffs' counsel indicated is forthcoming)—by reviewing the billing records together with the underlying administrative record, and for the parties to engage in settlement discussions.

Accordingly, the parties respectfully request that the Court adjourn the current briefing schedule until September 11, 2026, with Defendant's opposition due October 9, 2026, and Plaintiffs' reply (if any) due October 23, 2026.

Thank you for considering this request.

Respectfully submitted,
/s/
Lauren Howland
Special Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)

---

[1] Additionally, Defendant thanks the Court for graciously extending Defendant's time to respond to the Complaint, *sua sponte*, which Defendant will file today.