**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
***Special Assistant Corporation Counsel***
Office: (212) 356-2016

September 30, 2026

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *M.S. et al., v. New York City Dep't of Educ.,* 26-cv-1772 (JMF)(RWL)

Dear Judge Furman:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek, *inter alia*, implementation of an underlying administrative order and attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write respectfully and on behalf of the parties pursuant to the Court's August 24, 2026 Order (ECF No. 20) to jointly request that the Court adjourn the briefing schedule for Plaintiffs' motion for attorneys' fees and costs until November 30, 2026. This is the third request for an adjournment, the prior request were granted July 6, 2026 (ECF No. 17) and August 24, 2026 (ECF No. 20). Since the parties' last joint submission, the City's internal review process is nearly complete, and Defendant expects to make an offer of settlement within the next couple of weeks. The requested extension will allow the parties time to engage in settlement discussions, and ideally fully resolve this matter through settlement.

Accordingly, the parties respectfully request that the Court adjourn the current briefing schedule until November 30, 2026, with Defendant's opposition due December 28, 2026, and Plaintiffs' reply (if any) due January 11, 2027.

Thank you for considering this request.

Respectfully submitted,
/s/
Lauren Howland
Special Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED

October 1, 2026