**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
***Special Assistant Corporation Counsel***
Office: (212) 356-2016

November 17, 2026

**<u>VIA ECF</u>**
Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *M.S. et al., v. New York City Dep't of Educ.,* 26-cv-1772 (JMF)(RWL)

Dear Judge Furman:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek, *inter alia*, implementation of an underlying administrative order and attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write respectfully and on behalf of the parties pursuant to the Court's October 1, 2026 Order (ECF No. 22) to jointly request that the Court adjourn the briefing schedule for Plaintiffs' motion for attorneys' fees and costs until December 11, 2026. This is the fourth request for an adjournment, the prior request were granted July 6, 2026 (ECF No. 17), August 24, 2026 (ECF No. 20), and October 15, 2026 (ECF No. 22). Since the parties' last joint submission, the parties have begun to engage in settlement discussions, exchanging offers, but have not yet reached resolution. The requested extension will allow the parties time to continue to engage in settlement discussions, and ideally fully resolve this matter without further Court intervention.

Accordingly, the parties respectfully request that the Court adjourn the current briefing schedule until December 11, 2026, with Defendant's opposition due January 8, 2027, and Plaintiffs' reply (if any) due January 22, 2027.

Thank you for considering this request.

Respectfully submitted,
/s/
Lauren Howland
Special Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 23.
SO ORDERED.

November 17, 2026